# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR3253-BTM |
| Plaintiff, | **ORDER** |
| v. | |
| CATARINO MINERO-ROJAS, | |
| Defendant. | |

The Court herewith files an Amended Order correcting a few typographical errors. <u>See</u> Doc. 40 at 18:28 and 19:26.

**IT IS SO ORDERED.**

DATED:  November 3, 2011

_____
Honorable Barry Ted Moskowitz
United States District Judge